EUGENE R. HURLEY, Trustee in Bankruptcy of JOHN F. WICK and JOSEPH CHRISTOPHER WICK, Appellant, v. ROSE WICK, Wife of JOHN P. WICK, Bankrupt, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

FRANK T. HUTCHEK, as Administrator, etc., of MADELINE HUTCHEK, Deceased, and Others, Respondents, v. GEORGE L. GEHRIG and Others, as and Constituting the Board of Commissioners of the Manhasset-Lakeville Water District, etc., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

SAMUEL ISLER, Appellant, v. BENJAMIN Q. ISLER and BESSIE HOLAND ISLER, Respondents, and CHARLOTTE ROSE ISLER, Defendant; SAMUEL UNGER, Attorney, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Application of THOMAS C. COULTER, Assessor of the Town of Cortlandt, County of Westchester, State of New York, to Compel the Delivery of Books and Papers of CLESSON CROFT, Former Assessor, Respondent. THOMAS C. COULTER, Respondent; CLESSON CROFT, Appellant.— Motion of the city of Peekskill for permission to file an affidavit as *amicus curiæ* in support of appellant's motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Application of JOHN J. FINN for an Order Pursuant to the Provisions of Subdivision 4 of Section 88 of the Judiciary Law or for Other Relief.— Motion for reinstatement as an attorney and counselor at law or for alternative relief denied. [See 256 App. Div. 288.] Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.